UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

BERTILLA NCHUO KUM              CIVIL CASE NO.  6:25-CV-00451

VERSUS                              JUDGE DAVID C. JOSEPH

ALLEN ROSS, ET AL               MAGISTRATE JUDGE CAROL B. WHITEHURST

**<u>JUDGMENT</u>**

For the reasons stated in the REPORT AND RECOMMENDATION [Doc. 14] of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the PETITION [Doc. 1] is DENIED and DISMISSED WITHOUT PREJUDICE.

THUS DONE AND SIGNED in chambers on this 6th day of November 2025.

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE